IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE: CHARLOTTE NEGUS CLAPPER : Chapter: 13
BRIAN CLAPPER :
:
:
: CASE NO: 11-17669
:

**NOTICE OF ADDRESS CHANGE**

eCast Settlement Corporation hereby changes its address for its claim number 18, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

  3936 E FT. LOWELL, SUITE 200

  TUCSON, AZ  85712

New Address for Notices and Payments:

  eCast Settlement Corporation

  PO Box 28136

  New York, NY 10087-8136

  610-228-2570

  proofofclaim@becket-lee.com

    Respectfully Submitted,

  By: /s/ Gregory P Deegan

    Gregory P Deegan, Claims Administrator

    Becket & Lee LLP

    PO Box 3001

    Malvern, PA 19355-0701

  DATE: 7/15/2016