United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Brian Clapper  
Charlotte Negus Clapper  
    Debtors

Case No. 11-17669-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Oct 24, 2016  
                      Form ID: 195    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2016.  
db        +Brian Clapper,   25 Walnel Drive,   Royersford, PA 19468-1122  
jdb       +Charlotte Negus Clapper,   110 Mulberry Court,   Collegeville, PA 19426-2980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:
        ALLISON FRANCES ZUCKERMAN   on behalf of Creditor   BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP paeb@fedphe.com  
        ANDREW F GORNALL   on behalf of Creditor   Bank of America, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        D. TROY SELLARS   on behalf of Creditor   BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP D.Troy.Sellars@usdoj.gov  
        JEROME B. BLANK   on behalf of Creditor   BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERIVICING, LP paeb@fedphe.com  
        JOSEPH L QUINN   on behalf of Joint Debtor Charlotte Negus Clapper CourtNotices@sjr-law.com  
        JOSEPH L QUINN   on behalf of Debtor Brian  Clapper CourtNotices@sjr-law.com  
        MARISA MYERS COHEN   on behalf of Creditor   Bank of America, N.A. mcohen@mwc-law.com  
        STEPHEN J ROSS   on behalf of Joint Debtor Charlotte Negus Clapper CourtNotices@SJR-Law.com  
        STEPHEN J ROSS   on behalf of Debtor Brian  Clapper CourtNotices@SJR-Law.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                  TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| In re: | : Chapter 13 |
| Brian Clapper and Charlotte Negus Clapper | : Case No. 11–17669–jkf |
| Debtor(s) | |

### ORDER
_____

AND NOW, this day , October 24, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

88
Form 195